UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re

CESAR CEDILLO,                                                Case No.

                                    Debtor
----------------------------------------------------------x

## DECLARATION OF DEBTOR REGARDING PAYMENT ADVICES

       Cesar Cedillo, the above-captioned debtor, hereby declares as follows:

      1.     Bankruptcy Code Section 521 requires consumer debtors to file payment advices

reflecting the income received by an employer in the 60 days preceding the filing of a

bankruptcy petition. I am self-employed therefore can not provide the court with payment
advices.

      2.     I swear under penalty of perjury that the foregoing is true and accurate.

Brooklyn, New York
May 6, 2013

                                        *S/Cesar Cedillo*
                                        Cesar Cedillo