JASPAN SCHLESINGER LLP
300 Garden City Plaza
Garden City, New York 11530
(516) 393-8289
Frank C. Dell'Amore, Esq.
fdellamore@jaspanllp.com
Attorneys for Carver Federal Savings Bank

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:

Cesar Cedillo

                    Debtor.
-----------------------------------------------------------x

Chapter 7

Case No. 13-42445-ess

NOTICE OF APPEARANCE
AND DEMAND FOR
NOTICES AND PAPERS

## NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE THAT CARVER FEDERAL SAVINGS BANK, ("Claimant") hereby appears in the above-captioned case and hereby requests that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the person listed below at the following address and telephone number:

        Frank C. Dell'Amore, Esq.
        Jaspan Schlesinger LLP
        300 Garden City Plaza
        Garden City, New York 11530
        Telephone: (516) 393-8289

PLEASE TAKE FURTHER NOTICE, that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, monthly

operating report, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the right of Claimant:(1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) or any other rights, claims, actions, setoffs, or recoupments to which Claimant is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Claimant expressly reserves.

Dated: Garden City, New York
       May 20, 2012

                              Yours, etc.

                              JASPAN SCHLESINGER LLP

By: _____
Frank C. Dell'Amore, Esq.
Attorneys for Carver Federal Savings Bank
300 Garden City Plaza, 5th Floor
Garden City, NY 11530
(516) 393-8289

TO:    Cesar Cedillo
        Debtor
        72-29 61st Street
        Apt. 2R
        Glendale, NY 11385

        Norma E. Ortiz, Esq.
        Ortiz & Ortiz LLP
        Attorney for Debtor
        127 Livingston Street
        Brooklyn, NY 11201

Alan Nisselson
c/o Windels Marx Lane & Mittendorf LLP
Trustee
156 West 56th Street
New York, NY 10019

U.S. Trustee
United States Trustee
271 Cadman Plaza
Suite 4529
Brooklyn, New York 11201